ROBERT MOERS v. CHARLES E. GILBERT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

APPAREL & ACCESSORIES ASSOCIATES, INC., v. NEW YORK WORLD'S FAIR 1940 INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.; Townley, J., taking no part.

In the Matter of the Judicial Settlement of the Accounts of Proceedings of EDGAR A. DOUBLEDAY and Others, as Surviving Executors of and Trustees, etc., and Others, etc., under the Last Will and Testament of CHARLES HAYDEN, Deceased, etc. EDGAR A. DOUBLEDAY, as an Executor of and Trustee, etc., of CHARLES HAYDEN, Deceased — CHARLES HAYDEN FOUNDATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BUTLER & BALDWIN, INC., v. THE MORRIS PLAN CORPORATION OF AMERICA and Another.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

VICTOR STAPF v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BARNET WEINSTEIN and Others v. ROSE GOLD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

J. HARRIS WARTHMAN, as Trustee, etc., of the Estate of LA FRANCE INDUSTRIES, Debtor, v. MANUFACTURERS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD WEINFELD, as Commissioner of Housing of the State of New York, v. KNICKERBOCKER VILLAGE, INC.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD WEINFELD, as Commissioner of Housing of the State of New York, v. KNICKERBOCKER VILLAGE, INC.— Motion for a stay denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD WEINFELD, as Commissioner of Housing of the State of New York, v. HILLSIDE HOUSING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BIRN FACTORS CORP. v. IRIS SMITH and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ELIZABETH MURPHY v. WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

TITLE GUARANTEE AND TRUST COMPANY and Another v. CORINNE HOFHEIMER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargu-